# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 6, 2007

**Before**

Hon. RICHARD D. CUDAHY, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

Nos. 05-3578

| | |
|---|---|
| DOROTHY GAUTREAUX, ODELL JONES, DOREATHA R. CRENCHAW, et al. | Appeal from the United States District Court for the Northern District of Illinois, |
| Plaintiffs-Appellees, | Eastern Division. |
| v. | |
| CHICAGO HOUSING AUTHORITY and TERRY PETERSON, | No. 66 C 1459 |
| Defendants-Appellants, | **Marvin E. Aspen, Judge.** |
| v. | |
| DANIEL E. LEVIN and THE HABITAT COMPANY LLC, | |
| Receivers-Appellees. | |

## O R D E R

Defendants-Appellants filed a petition for rehearing and rehearing en banc on July 9, 2007. No judge[1] in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the original panel have voted to DENY rehearing. Accordingly,

IT IS ORDERED that the petition for rehearing and rehearing *en banc* are DENIED.

IT IS FURTHER ORDERED that the opinion released on June 26, 2007, is amended as follows:

On page 14, "Terry Peterson" is changed to "the CHA."

---

[1] Chief Judge Frank H. Easterbrook and Judge Joel M. Flaum took no part in the consideration of this matter.